IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNIE SMITH                                                                                          PLAINTIFF

V.                            CASE NO. 5:12-CV-05193-JLH

NATIONWIDE RECOVERY SYSTEMS, LTD.                                          DEFENDANT

## MOTION TO DISMISS

Comes now the Defendant, Nationwide Recovery Systems, Ltd. (Nationwide), and moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6).

1.     Plaintiff's Complaint fails to state plausible claims for relief under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, or the Arkansas Consumer Collection Practices Act, Ark. Code Ann. § 17-24-101.  Plaintiff's Complaint together with attached exhibits, establishes without factual dispute that this Defendant did not send any communication in violation of the referenced statutes.

2.     A brief in support of this motion is submitted herewith.

WHEREFORE, Nationwide requests the entry of an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6).

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
ATTORNEYS FOR DEFENDANT
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

I hereby certify that I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Donnie Smith
2811 Springdale Ave.
Box 6213
Springdale, AR 72762

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
ATTORNEYS FOR DEFENDANT
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com